**BRANDI K STOKES**, Esq.
*Attorney at Law*

FILED
2020 JAN 30  AM 11: 45

brandikstokes.org

P.O. Box 301916
Austin, Texas 78703

Tel: (512) 206-0202
brandi.stokes@gmail.com

January 30, 2020

District Judge Robert Pitman
501 W 5th St #1100
Austin, TX 78701

Re:   W.D. Tex. Case No. # 1:20-CV-0089-RP; Disqualification and Voir Dire

Dear Hon. Judge Pitman:

    Please forward the Motion to Disqualify District Judge Robert Pitman and Magistrate Judge Mark Lane to an appropriate member of the judiciary. While Judge Lane has made much ado over the fact that I am a licensed attorney, I am not licensed in federal court and do not know the disqualification procedure. When you forward the motion, please let the receiving judge know that one of the things that you have failed to do is to contact the International Committee of the Red Cross.

    While it is most disappointing that a judge with your education and background would continue to mishandle a case of this magnitude, my disappointment will not hinder my resolve to report you and your friend to proper authorities. It is my hope that you are both working with law enforcement. If the event that you are working with law enforcement, please understand that the Federal Bureau of Investigation is not a proper authority. Any agreement to provide you with immunity will not be considered valid in a court of competent jurisdiction. Furthermore, there is no investigative value in keeping this going.

    Even should you and your friend decide to disqualify yourselves without a hearing, it would be beneficial for both of you to sit for the voir dire that I have requested. Any cooperation would be appreciated and will also be reported to proper authorities with a request for leniency.

Sincerely,

*Brandi K Stokes*

Brandi K Stokes

cc: Judith Gres DeBerry via CMRRR