IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-089-RP |
| BRANDI K. STOKES, | § § § | |
| Defendant. | § | |

### **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Defendant Brandi K. Stokes's ("Stokes") Application to Proceed Without Prepaying Fees or Costs, (Dkt. 2), and her Motion to Dismiss, (Dkt. 3). (R. & R., Dkt. 5). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on January 28, 2020. (*Id.*). After that, Stokes filed motions to compel voir dire of and disqualify the undersigned and Judge Lane. (Mot. Compel Voir Dire, Dkt. 7; Mot. Disqualify, Dkt. 8). The Court transferred the case to Chief Judge Orlando L. Garcia for the purpose of deciding the motion to disqualify. (Order, Dkt. 17). On March 9, 2020, Chief Judge Garcia issued an order denying Stokes's motion and transferring the case back to the undersigned's docket. (Dkt. 19).

Under 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. Stokes timely filed objections to the report and recommendation. (Objs., Dkt. 9).

Because Stokes timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so, the Court overrules Stokes's objections and adopts the report and recommendation as its own order.

Accordingly, **IT IS ORDERED** that Judge Lane's report and recommendation, (Dkt. 5), is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commission for Lawyer Discipline's Opposed Motion to Remand, (Dkt. 12), is **GRANTED**. Consequently, because this Court does not have subject-matter jurisdiction over this matter, all other pending motions in this case, (Dkt. 2, 3, 7, 11), are **MOOT**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 345th Civil District Court of Travis County, Texas.

The Court reminds Stokes that she is **BARRED FROM FILING** complaints, removing cases, or otherwise initiating litigation in the Western District of Texas without obtaining prior approval from a federal district or magistrate judge in the District. *Commission for Lawyer Discipline v. Stokes*, No. 1:20-CV-153-RP (W.D. Tex. Filed March 10, 2020) (Order, Dkt. 22, at 3). Stokes may not file anything further in this case except, if she chooses, a notice of appeal (subject to the limits imposed by 28 U.S.C. § 1447(c)–(d) and *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 711–12 (1996)).

**SIGNED** on June 19, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE